**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:                                                  Case No.: 1-20-10322-CLB
                                                        Chapter: 11
        The Diocese of Buffalo, N.Y.
                                                        Tax ID: 16-0743984

                Debtor(s)

### TRANSMITTAL OF NOTICE OF APPEAL PURSUANT TO BANKRUPTCY RULE 8003(d)(1)

**TO: Andrew W. Moeller, Clerk of Court, U.S. District Court for the Western District of New York**

Pursuant to Bankruptcy Rule 8003(d)(1), the Clerk of the Bankruptcy Court hereby transmits the following with respect to an appeal in the above-captioned proceeding:

[ X ]  Notice of Appeal filed by: the debtor, The Diocese of Buffalo N.Y.; **Bktcy Dkt# 4723**

[ X ]  Order being Appealed: Decision and Order entered 2/27/2026 **Bktcy Dkt# 4616** and Decision and Order entered April 3, 2026 **Bktcy Dkt# 4694**;

[   ]  Motion for Leave to Appeal filed by: ;

[   ]  Cross Appeal filed by: ; .

[   ]  Statement of Issues Presented on Cross Appeal: ; .

[ X ]  Names and addresses of Appellant and Appellee:

    Appellant:                          Appellee:
    The Diocese of Buffalo, N.Y.        N/A
    795 Main Street
    Buffalo, NY 14203

[ X ]  Related Appeal: The Official Committee of Unsecured Creditors is an additional appellant and filed its own Notice of Appeal on April 17, 2026 at **Bktcy Dkt# 4722**. There are also pending appeals in this Bankruptcy case but not related to the current appeal: 25-cv-535-MAV (consolidated with 25-cv-538-MAV).


Please provide the Clerk of the Bankruptcy Court with the civil case number and name of presiding Judge for this appeal, for inclusion on the Bankruptcy Court Docket.

Date: _April 22, 2026_____        _Lisa B Beaser_____
                                          Lisa Bertino Beaser
                                          Clerk of Court